# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ALMANZA, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CHW GROUP, INC.,<br><br>　　　　　　　　　Defendant. | Case No. 21-CV-01510-BAS-KSC<br><br>**ORDER GRANTING PLAINTIFF DIEDRE LOVE'S MOTION TO SUBSTITUTE COUNSEL**<br><br>**(ECF No. 13)** |

　　　Before the Court is Plaintiff Diedre Love's motion to substitute counsel ("Motion"), which she filed November 5, 2021. (ECF No. 13.) As it stands, all three Plaintiffs appearing in this action are represented by the same counsel, Matthew Feaver, Esq. (*Id.*) By this Motion, Plaintiff Love seeks to substitute Daniel Balsam, Esq. in place of Mr. Feaver as her attorney of record. Good cause appearing, the Court **GRANTS** the Motion. The Clerk is instructed to update the docket to reflect the substitution of counsel for Plaintiff Deidre Love.

　　　**IT IS SO ORDERED.**

**DATED: November 8, 2021**

　　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　　United States District Judge