SHEEHAN & FEAVER, P.C.
M. Jake Feaver (Bar No. Cal. 318926)
5 Third Street, Suite 722
San Francisco, CA 94103
Tel: 415-745-9300
jake@sheehanlaw.com

*Attorneys for Plaintiffs Almanza and Williams*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ALMANZA, an individual; DEIDRE LOVE, an individual; and TANISHA WILLIAMS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CHW GROUP, INC. dba CHOICE HOME WARRANTY a New Jersey corporation; PERFORM[CB] LLC, a Delaware limited liability company; and DOES 1-5,<br><br>Defendants. | No. 3:21-cv-01510-BAS-KSC<br><br>**NOTICE OF RESOLUTION AS TO PLAINTIFFS ALMANZA AND WILLIAMS**<br><br>Judge: Cynthia A. Bashant |

Plaintiffs Thomas Almanza and Tanisha Williams ("Plaintiffs"), for themselves and on behalf of defendants CHW Group, Inc. d.b.a. Choice Home Warranty ("CHW") and Perform[cb] LLC (individually, "Perform"; collectively with CHW, "Defendants"; and collectively with CHW and Plaintiffs, the "Parties"), with Defendants' notice and permission, hereby informs the Court and all counsel of record that the Parties have reached a tentative resolution of their differences and disputes in this matter with respect to Plaintiffs claims. This Notice is for Plaintiffs Thomas Almanza and Tanisha Williams only and does not relate to the claims of the other plaintiff (Love) in this matter.

1   The Parties anticipate that a notice of voluntary dismissal will be filed by
2 Plaintiffs in the next sixty (60) days.  In the meantime, the Parties respectfully request
3 that the Court retain jurisdiction and not dismiss the matter at this time, and to stay any
4 briefing deadlines for Plaintiffs with respect to Defendants' dispositive motions, and
5 to stay all other deadlines impacting Plaintiffs.

Dated: December 17, 2021   Respectfully submitted,

               By: /s/ M. Jake Feaver

               M. Jake Feaver
               SHEEHAN & FEAVER, P.C.

               *Attorneys for Plaintiffs Almanza and Williams*